# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

---

**PHILLIP LEY**

19966 Lahser Rd
Detroit, MI 48219
Email: **phill@help4.us**
Phone: **757-528-6321**
Plaintiff, Pro Se

v.

**TURNING POINT USA**

4940 E Beverly Rd
Phoenix, AZ 85044
and

**K-VON MOEZZI a.k.a. "KvonComedy"**

(Serve via Turning Point USA's registered service address or court-authorized alternative service)

Defendants.

Case No.: _____
Hon.: _____

Case: 4:25-cv-13760
Judge: Kumar, Shalina D.
MJ: Altman, Kimberly G.
Filed: 11-24-2025
CMP Ley v. Turning Point USA, et al (tt)

---

# COMPLAINT FOR DEFAMATION, DEFAMATION PER SE, FALSE LIGHT, HARASSMENT, NEGLIGENT SUPERVISION, NEGLIGENT RETENTION, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Plaintiff states:

## I. JURISDICTION AND VENUE

1. Jurisdiction is proper under **28 U.S.C. §1332**, as the Parties are citizens of different states and the amount in controversy exceeds **$75,000**, specifically **$15,000,000**.

2. Venue is proper under **28 U.S.C. §1391**, as Plaintiff resides in this District and the injuries were suffered here.

## II. PARTIES

3. Plaintiff **Phillip Ley** is a resident of Detroit, Michigan.

4. Defendant **Turning Point USA (TPUSA)** is a national nonprofit organization located at: **4940 E Beverly Rd, Phoenix, AZ 85044**.

5. Defendant **K-von Moezzi**, professionally known as **"KvonComedy,"** is an entertainer and TPUSA-affiliated personality engaged in public communication under TPUSA branding. He may be served through TPUSA's service address or by court-approved alternative service.

# III. FACTS

6. Defendant Moezzi publicly represents himself as affiliated with TPUSA, appears in TPUSA productions, and interacts with the public using TPUSA-linked platforms.

7. Beginning in November 2025, Moezzi publicly posted multiple **false, defamatory, harassing, and malicious statements** about Plaintiff across TPUSA and TPUSA Faith social media accounts.

8. Statements included:

    - False suggestions Plaintiff is a criminal ("jail is gonna be good for ya").
    - Repeatedly calling Plaintiff a liar.
    - Repeated harassment replies across threads.
    - Conduct intended to humiliate and harm Plaintiff's reputation.

9. These statements were made **while publicly acting under TPUSA branding**, including replies such as:

    - "No likes. No comments. And now you have a court case. Jail is gonna be good for ya."
    - "We delete all your lies."

10. Plaintiff preserved numerous screenshots labeled **Exhibits A-1 through A-40+**.

11. Moezzi continued posting defamatory replies **after being told he was engaging in defamation**.

12. Because Moezzi acted while representing TPUSA-branded accounts and content, TPUSA is liable under **respondeat superior**, **negligent supervision**, and **negligent retention**.

13. TPUSA failed to discipline, restrain, or correct their representative despite repeated public misconduct.

14. Plaintiff is a verified public figure for professional identity reasons; false public accusations harm his reputation, credibility, and livelihood.

15. Plaintiff suffered significant reputational harm, emotional distress, humiliation, and professional injury.

# IV. CLAIMS

## Count I – Defamation (All Defendants)

16. Defendants published false statements of fact.

17. Plaintiff suffered harm as a result.

## Count II – Defamation Per Se (All Defendants)

18. Statements implying criminal behavior constitute defamation per se.

19. Damages are presumed.

## Count III – False Light (All Defendants)

20. Defendants placed Plaintiff before the public in a false and offensive light.

## Count IV – Harassment (All Defendants)

21. Repeated unwanted and hostile communications constitute harassment.

## Count V – Negligent Supervision (TPUSA)

22. TPUSA failed to supervise its representative.

## Count VI – Negligent Retention (TPUSA)

23. TPUSA retained Moezzi despite knowledge of his harmful conduct.

## Count VII – Intentional Infliction of Emotional Distress (All Defendants)

24. Defendants acted intentionally or recklessly.

25. Conduct was extreme and outrageous.

26. Plaintiff suffered severe emotional distress.

# V. DAMAGES

27. Plaintiff seeks **$15,000,000** in compensatory and punitive damages, jointly and severally.

28. Plaintiff seeks injunctive relief barring further defamatory or harassing conduct.

# VI. RELIEF REQUESTED

Plaintiff requests:

1. Monetary judgment **not less than $15,000,000**.

2. Injunctions preventing further defamatory or harassing conduct.

3. Costs and fees.

4. Any additional relief deemed proper.

Respectfully submitted,

**Phillip Ley**
19966 Lahser Rd
Detroit, MI 48219
Email: **phill@help4.us**
Phone: **757-528-6321**
Pro Se Plaintiff

Case: 4:25-cv-13760
Judge: Kumar, Shalina D.
MJ: Altman, Kimberly G.
Filed: 11-24-2025
CMP Ley v. Turning Point USA, et al (tt)

# JS-44 CIVIL COVER SHEET

**Plaintiff:**
Phillip Ley, Detroit, MI

**Defendants:**
Turning Point USA (4940 E Beverly Rd., Phoenix, AZ 85044)
K-von Moezzi a.k.a. "KvonComedy"

**County of Residence of First Listed Plaintiff:** Wayne
**County of Residence of First Listed Defendant:** Maricopa (TPUSA HQ)

**Basis of Jurisdiction:**
Diversity (28 U.S.C. §1332)

**Nature of Suit:**
320 – Assault, Libel & Slander

**Origin:**
1 – Original Proceeding

**Cause of Action:**
28 U.S.C. §1332 – Diversity; defamation, false light, emotional distress

**Requested Relief:**
$15,000,000
Jury Trial: YES

**Pro Se:**
Yes