UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Phillip Ley,

Plaintiff(s),

v.

Turning Point USA, et al.,

Defendant(s),

Case No. 4:25−cv−13760−SDK−KGA
Hon. Shalina D. Kumar

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 2/11/2026, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

s/Shalina D. Kumar
Shalina D. Kumar
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/T. Hallwood
Case Manager

Dated: January 28, 2026