Perfect. Then here is a **clean, properly formatted federal filing version** — already structured correctly for Google Docs (just set font to Times New Roman 12pt and double-space).

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Phillip Ley,
Plaintiff,

v. Case No. 4:25-cv-13760-SDK-KGA

Turning Point USA, et al.,
Defendants.

_______________________________________/

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Phillip Ley, proceeding pro se, respectfully responds to the Court's Order to Show Cause entered on January 28, 2026.

Plaintiff has not abandoned or failed to prosecute this action. Service of process in this matter is being effected through the United States Marshals Service pursuant to Court authorization. Plaintiff's role is limited to providing valid service addresses for the named Defendants.

Plaintiff has experienced difficulty locating and verifying a reliable service address for Defendant Kvon [Last Name if known]. The Court previously expressed concern regarding the status of service, and Plaintiff has continued to make diligent efforts to obtain accurate and current address information.

Plaintiff has reviewed publicly available records and other available sources in an effort to confirm a proper service address. Despite these ongoing efforts, Plaintiff has not yet been able to verify a valid address suitable for service by the United States Marshals Service.

The delay is not due to neglect or lack of diligence, but rather the limited availability of confirmed location information for this Defendant. Plaintiff remains actively engaged in attempting to locate a proper address and will promptly submit any verified service information to the Court.

Accordingly, Plaintiff respectfully requests that the Court decline to dismiss this action and grant an additional sixty (60) days to allow Plaintiff to continue efforts to locate and provide a valid service address so that service may be completed.

Respectfully submitted,

/s/ Phillip Ley
Phillip Ley
Plaintiff, Pro Se
19966 Lahser Rd
Detroit, MI 48219
Phone: 757-528-6321
Email: phill@help4.us

Dated: February 11, 2026