UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP LEY,

Plaintiff,

v.

TURNING POINT USA et al.,
Defendants.

Case No. 25-13760
Honorable Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

## ORDER REGARDING PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 11)

Plaintiff Phillip Ley ("Ley"), proceeding pro se, initiated this civil action against defendants Turning Point USA and K-Von Moezzi bringing claims of defamation, defamation per se, false light, harassment, negligent supervision, negligent retention, and intentional infliction of emotional distress. ECF No. 1. The Court granted Ley's application to proceed without the prepayment of fees and costs and directed him to complete and return service documents for service of process by the U.S. Marshal. ECF Nos. 8, 7. Ley did not provide service documents to the Clerk's Office, and the Court ordered him to show cause why his case should not be dismissed for failure to prosecute. ECF No. 10. In his response to the show cause

Page **1** of **2**

order, Ley acknowledges having trouble finding the defendants' addresses and requests an additional 60 days with which to do so. ECF No. 11. However, Local Rule 7.1(i) prohibits the combination of a motion "with any other stand-alone document . . . ." E.D. Mich. LR 7.1(i).

Accordingly, Ley must file a motion for the relief he seeks **no later than June 11, 2026**. Failure to take appropriate action will result in the dismissal of Ley's case without prejudice for want of prosecution.

**IT IS SO ORDERED.**

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: May 28, 2026